**BODYMEDIA, INC., Appellant**

v.

**BASIS SCIENCE, INC., Appellee**

**2015–1788**

United States Court of Appeals, Federal Circuit.

July 12, 2016

DAVID CLAY HOLLOWAY, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, argued for appellant. Also represented by ROBERT J. CURYLO, MICHAEL S. PAVENTO, RENAE WAINWRIGHT.

J. DAVID HADDEN, Fenwick & West, LLP, Mountain View, CA, argued for appellee. Also represented by CAROLYN CHANG, AMY HAYDEN.

(O'Malley, Linn, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**